TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00530-CV

University of Texas System; University of Texas System at Dallas; Dr. Hasan Pirkul;

Dr. Hobson Wildenthal; and Dr. Franklyn Jenifer, Appellants

v.

Gurumurthy Kalyanaram, Ph.D., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 98-13350, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING 

PER CURIAM

 Appellants have filed a Motion to Withdraw Appeal. We treat this as a motion to
dismiss, grant the motion, and dismiss this appeal. See Tex. R. App. P. 42.1(a)(2).

Before Justices Jones, Yeakel and Patterson

Dismissed on Appellants' Motion

Filed: January 21, 2000

Do Not Publish